<u>**UNPUBLISHED**</u>

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

---

**No. 04-6351**

---

LUCKY IRORERE,

Petitioner - Appellant,

versus

TROY WILLIAMSON, Warden,

Respondent - Appellee.

---

Appeal from the United States District Court for the Southern District of West Virginia, at Beckley.  Robert C. Chambers, District Judge. (CA-03-538)

---

Submitted:  August 12, 2004          Decided:  August 18, 2004

---

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Lucky Irorere, Appellant Pro Se. Michael Lee Keller, OFFICE OF THE UNITED STATES ATTORNEY, Charleston, West Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lucky Irorere, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Irorere v. Williamson, No. CA-03-538 (S.D.W. Va. Feb. 6, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED